**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00880-BNB

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, in his individual and official capacities as former CCCF investigator,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    "Plaintiff's Motion to Have Case Placed on the Volunteer Counsel List and/or Appointment of Counsel" (ECF No. 5) and the "'Amended' Plaintiff's Motion to Have His Case Placed on the Volunteer Counsel List" (ECF No. 9) are DENIED without prejudice as premature.  Plaintiff's "Motion for Leave to Amend Prisoner Complaint/Motion for Counsel" (ECF No. 10) also is DENIED as premature to the extent Plaintiff is requesting appointment of counsel.  To the extent Plaintiff seeks leave to amend the complaint, the motion is DENIED without prejudice because Plaintiff has not tendered to the court a proposed amended pleading.

Dated:  April 23, 2014