IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00880-BNB

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, in his individual and official capacities as former CCCF investigator,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge.  *See* D.C.COLO.LCivR 8.1(c).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.  It is

FURTHER ORDERED that Plaintiff's "Motion for Waiver of Marshal's Serve Fee of the Summons and Complaint" (ECF No. 7), which the court construes as a request for service by the United States Marshal, is GRANTED.

DATED April 25, 2014, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge