IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00880-KLM

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, individually and in his official capacity as former CCF Investigator,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting to Attend Hearing by Telephone** [#27] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Plaintiff, as an incarcerated litigant, is permitted to attend all hearings in this matter by telephone unless otherwise directed by the Court. Indeed, he has already been instructed that he may appear by telephone at the Scheduling Conference now set for **August 18, 2014** at **10:30 a.m.** *See Minute Order* [#26] (resetting the Scheduling Conference from August 14, 2014 at 11:00 a.m. to August 18, 2014 at 10:30 a.m.); *Minute Order* [#20] (stating that "Plaintiff and his case manager shall contact the court at **(303) 335-2770** . . . in order to participate" in the Scheduling Conference).

    Dated:  July 31, 2014