IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom C-204 |
| Date: August 18, 2014 | Byron G. Rogers United States Courthouse |

Civil Action No. 14-cv-0880-KLM

*Parties*:                                            *Counsel*:

RONALD JENNINGS FOGLE,          Pro Se (by telephone)

    Plaintiff,

v.

JOHN PALOMINO,                              Gillian Dale

    Defendant.

## COURTROOM MINUTES

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:28 a.m.**
Court calls case. Appearance of counsel.

Discussion regarding appointment of counsel.

**ORDERED:**  Plaintiff's Request for Clerk to Enter: Default Judgment Against the Defendant John Palomino #[30] is deemed WITHDRAWN.

**ORDERED:**  Plaintiff's Motion to Enter Default Judgment Against the Defendant John Palomino #[31] is deemed WITHDRAWN.

**ORDERED:**  Defendant's oral Motion to Amend the Answer to correct the date of references to the letter to September 2 is GRANTED.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

Deadline for Joinder of Parties/Amendment of Pleadings: **September 15, 2014.**

Discovery Cut-off: **February 16, 2015.**

Dispositive Motions Deadline: **March 16, 2015.**

Parties shall designate experts **on or before December 15, 2014.**

Parties shall designate rebuttal experts **on or before January 15, 2015.**

Each side shall be limited to **one (1)** expert witness, absent further leave of court.

Each side shall be limited to **five (5)** depositions, absent further leave of court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Parites shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

HEARING CONCLUDED.
**Court in recess:     10:38 a.m.**
Total In-Court Time:     00:10


To order a transcript of this proceeding, contact Avery Woods Reporting at (303)825-6119.