IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00880-KLM

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, individually and in his official capacity as former CCF Investigator,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Joinder of Defendants** [#35] (the "Motion"). Plaintiff's Motion, which the Court interprets as a motion to amend Plaintiff's Complaint [#1], does not include the proposed Amended Complaint as a document separate from the Motion. However, Plaintiff has since filed an appropriate motion seeking amendment of his Complaint, *see* [#36], in which he includes the proposed new defendants in a separately filed Proposed Amended Complaint. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#35] is **DENIED as moot**. An order on Plaintiff's amended request [#36] shall issue in due course.

    Dated: September 15, 2014