IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00880-KLM

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, individually and in his official capacity as former CCF Investigator,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend and Stay Case** [#46] (the "Motion"). Defendant filed a Response [#46], confirming that the Motion is actually a conferral letter that Plaintiff also simultaneously sent to the Court. Because this document does not request any relief from the Court but merely seeks to confer with Defendant regarding a proposed motion,

    IT IS HEREBY **ORDERED** that the Motion [#46] is **DENIED as moot**.

    Dated:  December 2, 2014