IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00880-KLM

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, individually and in his official capacity as former CCF Investigator,

    Defendant.

_____

## ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Motion to Take Plaintiff's Deposition** [#50][1] (the "Motion"). Defendant seeks an Order allowing him to conduct the deposition of Plaintiff, an incarcerated individual. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), "[a] party must obtain leave of court . . . if the deponent is confined in prison." Plaintiff Ronald Jennings Fogle, #106339, is presently incarcerated at the Crowley County Correctional Facility, 6564 State Highway 96, Olney Springs, Colorado. Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#50] is **GRANTED**.

IT IS FURTHER **ORDERED** that Defendant may take Plaintiff's deposition with regard to this litigation.

IT IS FURTHER **ORDERED** that the deposition shall take place at Crowley County

---

[1] "[#50]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This convention is used throughout this Order.

-1-

Correctional Facility or, if Plaintiff is moved to a different correctional facility subsequent to this Order, at Plaintiff's new correctional facility.

Dated: December 8, 2014

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge