IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 14-cv-00880-KLM

RONALD JENNINGS FOGLE,

    Plaintiff,

v.

JOHN PALOMINO, individually and Former CCF Investigator,

    Defendant.

---

## FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order entered by the Honorable Kristen L. Mix on September 18, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Defendant's Motion for Summary Judgment [63] is GRANTED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant John Palomino and against Plaintiff Ronald Jennings Fogle.  It is

FURTHER ORDERED that each party shall bear his own costs and attorney's fees.  It is

FURTHER ORDERED that plaintiff's Amended Prisoner Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this 21st day of September, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz
M. Ortiz,
Deputy Clerk